|   |   |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SEVERA KEITH<br>Assistant Federal Public Defender |
| 4 | 8th Floor - Suite 820<br>55 South Market Street |
| 5 | San Jose, CA 95113<br>Telephone:  (408) 291-7753 |
| 6 | Facsimile:   (408) 291-7399<br>Email:       Severa_Keith@fd.org |
| 7 |  |
| 8 | Counsel for Defendant Delacruz |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–680 LHK |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND DETENTION HEARING** |
| v. |  |
| RENE DELACRUZ, |  |
| Defendant. |  |

## STIPULATION

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled for June 15, 2022 be rescheduled to June 29, 2022.

The reason for the request the parties have conferred with the United States Probation Officer assigned to this matter, and Probation has requested additional time to identify a suitable program for Mr. Delacruz.  As such, the parties stipulate and agree that the currently set Status of Preliminary Hearing and Detention Hearing should be continued to June 29, 2022, for Detention Hearing and Status of Preliminary Hearing.  The parties further agree that the requested delay is reasonable under

1 | the circumstances and that such delay does not violate the mandates of Rule 32.1.

2 |     IT IS SO STIPULATED.

4 | Dated: June 14, 2022

JODI LINKER
Federal Public Defender
Northern District of California

    /S
SEVERA KEITH
Assistant Federal Public Defender

10 | Dated: June 14, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

    /S
ANDREW LIAO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RENE DELACRUZ,<br><br>    Defendant. | Case No.: CR 19–680 LHK<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND DETENTION HEARING** |

    Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Preliminary Hearing and Detention Hearing currently scheduled on June 15, 2022, be continued to June 29, 2022 at 1:30 p.m., and set on that date for Detention Hearing and Status of Preliminary Hearing. For the reasons set forth in the Parties' Stipulation, the Court finds that any delay is reasonable and comports with Rule 32.1.

    IT IS SO ORDERED.

Dated: _____

                                                HONORABLE SUSAN VAN KEULEN
                                                United States Magistrate Judge