```
JODI LINKER
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:        Severa_Keith@fd.org
```

Counsel for Defendant Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE DELACRUZ,<br><br>Defendant. | Case No.: CR 19–680 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND DETENTION HEARING** |

**STIPULATION**

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled for September 26, 2022 be rescheduled to August 25, 2022, at 1:30 p.m.

The reason for the request is that Mr. Delacruz has been accepted into the Salvation Amy treatment program in Oakland, California. New participants in the program must arrive at their facility by noon, for intake. The parties intend to request a release order from the Court, releasing Mr. Delacruz from custody by 9:00 a.m. on August 26, 2022, so that Mr. Delacruz's parents can pick him up at Santa Rita Jail, and transport him to the Salvation Army by noon the same day.

1  As such, the parties stipulate and agree that the currently set Status and Detention Hearing
2  should be advanced to August 25, 2022.
3  IT IS SO STIPULATED.

4

5  Dated: August 24, 2022

6                                                                          JODI LINKER
                                                                            Federal Public Defender
7                                                                           Northern District of California

8                                                                              /S
                                                                            SEVERA KEITH
9                                                                           Assistant Federal Public Defender

10

11  Dated: August 24, 2022

12                                                                          STEPHANIE HINDS
                                                                            United States Attorney
13                                                                          Northern District of California

14                                                                             /S
                                                                            ANDREW LIAO
15                                                                          Assistant United States Attorney

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                               SAN JOSE DIVISION
6

7  UNITED STATES OF AMERICA,           Case No.: CR 19–680 LHK
8           Plaintiff,                 **[PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND DETENTION HEARING**
9        v.
10 RENE DELACRUZ,
11          Defendant.
12
         Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS
13
   that the Status and Detention Hearing currently scheduled on September 27, 2022, be advanced to
14
   August 25, 2022 at 1:30 p.m.
15
         IT IS SO ORDERED.
16
17
18
19   Dated:  _____           _____
                                      HONORABLE NATHANAEL COUSINS
20                                    United States Magistrate Judge
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
*DELACRUZ*, CR 19–680 LHK

                                           1