JODI LINKER
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:	(408) 291-7753
Facsimile:	(408) 291-7399
Email:		Severa_Keith@fd.org

Counsel for Defendant Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RENE DELACRUZ,<br><br>   Defendant. | Case No.: CR 19–680 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATIONS** |

**STIPULATION**

Defendant Rene Delacruz, through counsel, and the Government, through its counsel, submit this stipulation and respectfully request that the Status Hearing on the Supervised Release Violations currently scheduled for December 5, 2022, be rescheduled to February 27, 2023.

Mr. Delacruz is continuing the Salvation Amy treatment program in Oakland, California, and, as of the filing of this stipulation, is roughly halfway through the program. The parties have consulted with the United States Probation Officer assigned to this matter and he does not oppose a continuance.

As such, the parties stipulate and agree that the currently set Status of Supervised Release

Violations should be continued to February 27, 2023.

    The parties further agree that the requested delay is reasonable under the circumstances and that such delay does not violate the mandates of Rule 32.1.

    IT IS SO STIPULATED.

Dated:    November 29, 2022

JODI LINKER
Federal Public Defender
Northern District of California

       /S
SEVERA KEITH
Assistant Federal Public Defender

Dated:    November 29, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

       /S
ANDREW LIAO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–680 EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATIONS** |
| v. | |
| RENE DELACRUZ, | |
| Defendant. | |

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Hearing on Supervised Release Violations, currently scheduled for December 5, 2022, be continued to February 27, 2023.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE EDWARD J. DAVILA
United States District Judge