IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RENE DELACRUZ,<br><br>    Defendant. | Case No.: CR 19–680 EJD<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATIONS |

    Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Hearing on Supervised Release Violations, currently scheduled for December 5, 2022, be continued to February 27, 2023, at 1:30 PM.

    IT IS SO ORDERED.

Dated: November 30, 2022

                                          HONORABLE EDWARD J. DAVILA
                                          United States District Judge